**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **QUAWEE L. JOHNSON,** | **Civil Action No. 24-10873 (SDW-MAH)** |
| **Plaintiff,** | |
| **v.** | **OPINION AND ORDER** |
| **SGT. JORDAN, et al.,** | |
| **Defendants.** | |

This Court permitted Plaintiff Quawee L. Johnson's civil rights complaint to proceed on February 10, 2025.  (ECF No. 6).  After that order was entered, the District of New Jersey and the New Jersey Department of Corrections ("Department") entered into an agreement regarding service of process on Department employees.   An amended complaint was filed on March 20, 2025.  (ECF No. 11).

**IT IS** on this   23rd   day of June, 2026,

**ORDERED** that pursuant to the Memorandum of Understanding[1] between the Court and the New Jersey Department of Corrections, the Court shall forward a copy of the Amended Complaint to the Department and seek a waiver of service for defendants.  A separate order detailing this process will follow; and it is further

**ORDERED** that the Clerk shall serve a copy of this Opinion and Order upon Plaintiff by regular U.S. mail.

_____
Hon. Susan D. Wigenton,
United States District Judge

---

[1] The Memorandum of Understanding between all vicinages of the United States District Court for the District of New Jersey and the New Jersey Department of Corrections governs the process for obtaining waiver of service, where possible, for the Departments' current and former employees.

1